UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. | JAN 2 1 2026 |
| | : | 25-389 | Clerk, U.S. District & Bankruptcy |
| v. | : | VIOLATION: | Courts for the District of Columbia |
| | : | | |
| JONAS TYLER MURPHY, | : | 18 U.S.C. § 2314 (Interstate | |
| | : | Transportation of Stolen Property) | |
| Defendant. | : | | |
| _____ | : | | |

## STATEMENT OF OFFENSE

As set forth in the attached plea agreement, Defendant Jonas Tyler Murphy (hereinafter referred to as "Defendant" or "MURPHY") agrees to accept responsibility and plead guilty to Count One of the Information, charging Defendant with Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314.

Pursuant to Federal Rule of Criminal Procedure 11, the United States and the Defendant, with the concurrence of Defendant's attorney, stipulate and agree that the following facts are true and accurate. The following statement of facts does not purport to include all of the Defendant's illegal conduct. It also does not purport to be an inclusive recitation of everything that the Defendant heard, knew, or witnessed concerning the illegal activities committed by Defendant and others. It is intended to represent sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea.

## BACKGROUND

1. Defendant JONAS TYLER MURPHY resided in Washington, D.C.

2. Between 2020 and 2025, MURPHY worked for a trade association headquartered in Washington, D.C. ("the Victim Organization"). He ultimately served as the treasurer for the Victim Organization's Political Action Committee.

3.      Between approximately December 2023 and June 2025, MURPHY embezzled more than one million dollars from his employer by causing 211 unauthorized ACH transfers from the Victim Organization's Political Action Committee's bank account to six of MURPHY's personal bank accounts. MURPHY performed these acts without his employer's knowledge and without its permission.

4.      After he embezzled the money, MURPHY caused more than $5,000 in stolen funds to be transferred across state lines including from the District of Columbia to New York, knowing at the time that the funds had been stolen or taken by fraud. For example, while he was in the District of Columbia, MURPHY spent approximately $67,000 of stolen funds on an automotive country club membership in New York. In addition, MURPHY used $9,180 of stolen funds to purchase clothing at an upscale New York clothing boutique in Manhattan. MURPHY also withdrew more than $5,000 of stolen funds at ATMs in Washington, D.C., and brought the money to New York on personal travel.

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

By:

Kondi J. Kleinman
California Bar Number 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea. It does not include all the facts known to me regarding these offenses. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime(s) charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 12/11/25

Jonas Tyler Murphy
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of the Offense as true and accurate.

Date: 12/11/2025

G. Allen Dale
Attorney for Defendant